# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00861-CV

**Veronica Chavez Vara, Appellant**

**v.**

**Melissa Morgan Williams, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000225, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on June 14, 2013, is hereby withdrawn.

It is ordered on July 3, 2013.

Before Chief Justice Jones, Justices Puryear and Goodwin